3

FILED
2009 JUL 20 PM 3:20
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| In re | |
|---|---|
| Warren Grant Byler | Chapter 7 |
| | Case Number 05-bk-27615 |
| Debtor (s) | |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

There having been a dividend check in the above-named case issued to Warren G Byler, in the amount of $945.94 and said check having not been cashed by said payee, the Trustee pursuant to 11 U. S. C. § 347 (a) of the Bankruptcy Code paid this unclaimed money to the Clerk, U. S. Bankruptcy Court, which was deposited in the United States Treasury. Application is hereby made for the Clerk, U. S. Bankruptcy Court to pay this unclaimed money to Warren G Byler, 4501 N. 40th St #302, Phoenix 85018.
602-446-4224

**I declare under penalty of perjury that the information provided in this application for payment of unclaimed funds is true and correct.**

_Signature required_

07/21/2009